against the plaintiff. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant, v. PAUL BOICE and GLADYS MILES, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH SNYDER, Respondent, v. PLATEAU DEVELOPING CORPORATION, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN IRWIN and Others, Appellants, v. JOHN POSSEHL, Individually and as General President of the International Union of Operating Engineers, Defendant, Impleaded with PATRICK J. COMMERFORD, Individually and as Personal Representative of JOHN POSSEHL, General President of the International Union of Operating Engineers, and as Purported Supervisor of Local Union No. 125, and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

ANGELO MALGIERI v. JACOB SHEVELL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted on condition that appellant procure an extension or cancellation of the $5,000 mortgage which is now a lien upon the premises. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARIA SCHISANO, Appellant, v. MARY MANSUETA, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

LILLY M. LAWTON, Respondent, v. ELMONT CEMETERY CORPORATION and NAT B. BLUM, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted without conditions. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

HENRY MENKE, Respondent, v. JEAN AUBERT MORRIS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

HENRY MENKE, Respondent, v. JEAN AUBERT MORRIS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

FRANCES A. MASSEY, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

JOE GOLDMAN, Appellant, v. INTERNATIONAL FUR MERCHANTS, INC., Respondent.— Order reversed and motion granted. No opinion. Present — Finch, P. J. McAvoy, Martin, Sherman and Townley, JJ.

WILLIAM F. HANSON and Others, Appellants, v. THE PENNROAD CORPORATION, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. UNITED STATES TRUST COMPANY OF NEW YORK and Others, as Trustees, etc.,

and HARRIS SOKOLSKI, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. UNITED STATES TRUST COMPANY OF NEW YORK and Others, as Trustees, etc., and HARRIS SOKOLSKI, Appellants.—Appeal dismissed. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

PETER SCHARF and FREDERICK B. SAUNDERS, Copartners, etc., Suing, etc., Respondents, v. 419 FOURTH AVENUE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

MATHEW W. RITTER Co., INC., Appellant, v. R. H. MACY & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

HATTIE KOESTER, Appellant, v. SAMUEL RIEFBERG and Others, Individually and as Copartners, Respondents, Impleaded with Another, Defendant.— Order so far as appealed from modified by allowing part of item 6 of plaintiff's notice of examination before trial, striking therefrom the words " and all facts and circumstances relating thereto; " and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

HILDA HAINES, Individually, and on Behalf of Herself and Other Stockholders of the S. S. NOHAB Co., INC., Respondent, v. CARL F. OGREN and ALMA T. OGREN, Executors, etc., of CHARLES A. OGREN, Deceased, Appellants, Impleaded with Another, Defendant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

WILLIAM RUSSO, Appellant, v. ANGELINA RUSSO, Respondent.— Order reversed and motion denied. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

WILLIAM RUSSO, Appellant, v. ANGELINA RUSSO, Respondent.— Order reversed and motion granted. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

HARRY B. STOIBER, Respondent, v. ENRICO MARINACCI, Defendant, Impleaded with IRA R. CROUSE, Appellant.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ. [142 Misc. 345; 139 Misc. 838.]

EDBRO REALTY Co., INC., Appellant, v. THOMAS F. CLAREY and Others, Defendants. MILTON N. MOUND, Referee, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ. [141 Misc. 779.]

PAUL BLANSHARD, Appellant, v. THE CITY OF NEW YORK and BROOKLYN BUS CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ. [141 Misc. 609.]

STONE & WEBSTER AND BLODGET, INC., Appellant, v. DAVID S. STERN and D. S. STERN & Co., INC., Respondents.— Order affirmed, with ten dollars costs and